**Deanne B. WEBER, Plaintiff/Appellant,**

v.

**Michael L. WEBER,
Respondent/Respondent.**

No. 59770.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 4, 1992.

Frederick H. Schwetye, Union, for plaintiff, appellant.

Joseph R. Aubuchon, Union, for respondent, respondent.

ORDER

PER CURIAM.

Wife appeals those portions of a distribution decree denying her request for rehabilitative maintenance and ordering the sale of the marital home. We affirm. The findings and conclusions of the motion court are not an abuse of discretion, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).